Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–11926–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan R August
dba Alan's Tree Service
531 U.S. Highway 22
Bridgewater, NJ 08807

Celine E August
531 U.S. Highway 22
Bridgewater, NJ 08807

Social Security No.:
xxx–xx–4979                          xxx–xx–8602

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/6/26
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 23, 2026
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-11926-MBK |
| Alan R August | Chapter 13 |
| Celine E August | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2026 | Form ID: 132 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan R August, Celine E August, 531 U.S. Highway 22, Bridgewater, NJ 08807-2441 |
| 521007786 | + | Bank of America, Francesca N Mendola, Esq., 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 521007789 | + | Citibank- Macys, Credit Control LLC, 3300 Rider Trail S. Suite 500, Earth City, MO 63045-1338 |
| 521007794 | + | LVNV Funding, LLC, Andreu, Palma, Lavin & Solis, P.C., 887 Donald Ross Road, Juno Beach, FL 33408-1611 |
| 521007795 | + | Milesotne, Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 521007799 | + | William DeGuilo, PO Box 7000, Green Brook, NJ 08812-7000 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2026 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2026 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521007787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2026 21:05:35 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521007788 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 23 2026 21:05:24 | Capital One Auto finance, PO Box 259407, Plano, TX 75025-9407 |
| 521007790 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2026 21:05:51 | Credit One Bank, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521007791 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 23 2026 21:05:35 | First Premier Bank, 500 S. Minnesota Avenue, Sioux Falls, SD 57104-6818 |
| 521007792 | ^ | MEBN | Feb 23 2026 20:54:32 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521007793 | ^ | MEBN | Feb 23 2026 20:54:21 | Legacy Mortgage Asset Trust 2021-GS-1, c/o Select Portfolio Servicing, Inc., PO Box 65277, Salt Lake City, UT 84165-0277 |
| 521007796 | + | Email/Text: pcabkt@phillips-cohen.com | Feb 23 2026 20:56:00 | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 521007797 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2026 21:05:14 | Synchrony Bank, Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 521007798 | | Email/Text: BKRMailOps@weltman.com | Feb 23 2026 20:56:00 | Weltman Weinberg & Reis, PO Box 93784, Cleveland, OH 44101-5784 |

TOTAL: 11

District/off: 0312-3

User: admin

Page 2 of 2

Date Rcvd: Feb 23, 2026

Form ID: 132

Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James V. Loewen | on behalf of Joint Debtor Celine E August loewen@newjerseylawyer.org esq..jamesv.l.b@notify.bestcase.com |
| James V. Loewen | on behalf of Debtor Alan R August loewen@newjerseylawyer.org esq..jamesv.l.b@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4