Certificate Number: 17572-NJ-DE-040733176

Bankruptcy Case Number: 26-11926



17572-NJ-DE-040733176

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2026, at 11:19 o'clock AM PDT, Alan R August completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 14, 2026                          By:      /s/Judy Alexander

                                                Name:  Judy Alexander

                                                Title:   Counselor