Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–11926–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan R August                                  Celine E August
dba Alan's Tree Service                         531 U.S. Highway 22
531 U.S. Highway 22                             Bridgewater, NJ 08807
Bridgewater, NJ 08807

Social Security No.:
   xxx–xx–4979                                  xxx–xx–8602

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on February 22, 2026 and a confirmation hearing on such Plan has been scheduled for June 17, 2026.

The debtor filed a Modified Plan on June 15, 2026 and a confirmation hearing on the Modified Plan is scheduled for July 29, 2026 at 10:00 AM. Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.     The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

       A full copy of the modified Plan will follow this notice.

Dated: June 16, 2026
JAN: mrg

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-11926-MBK

Alan R August                                                                   Chapter 13

Celine E August

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: 186 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan R August, Celine E August, 531 U.S. Highway 22, Bridgewater, NJ 08807-2441 |
| 521007786 | + | Bank of America, Francesca N Mendola, Esq., 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 521007789 | + | Citibank- Macys, Credit Control LLC, 3300 Rider Trail S. Suite 500, Earth City, MO 63045-1338 |
| 521007794 | + | LVNV Funding, LLC, Andreu, Palma, Lavin & Solis, P.C., 887 Donald Ross Road, Juno Beach, FL 33408-1611 |
| 521007795 | + | Milesotne, Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 521021986 | + | PayTomorrow, LLC, 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |
| 521007799 | + | William DeGuilo, PO Box 7000, Green Brook, NJ 08812-7000 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521007787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 21:08:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521007788 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 16 2026 21:08:58 | Capital One Auto finance, PO Box 259407, Plano, TX 75025-9407 |
| 521007790 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 21:08:57 | Credit One Bank, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521007791 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 16 2026 21:08:47 | First Premier Bank, 500 S. Minnesota Avenue, Sioux Falls, SD 57104-6818 |
| 521201625 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2026 21:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521032600 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2026 21:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521007792 | ^ | MEBN | Jun 16 2026 20:57:09 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521009988 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 21:08:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521007793 | ^ | MEBN | Jun 16 2026 20:58:31 | Legacy Mortgage Asset Trust 2021-GS-1, c/o Select Portfolio Servicing, Inc., PO Box 65277, Salt Lake City, UT 84165-0277 |
| 521200763 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2026 21:03:00 | Legacy Mortgage Asset Trust 2021-GS1, C/O Select Portfolio Servicing, Inc., PO BOX 65250, Salt Lake City, UT 84165-0250 |

District/off: 0312-3                         User: admin                                      Page 2 of 3

Date Rcvd: Jun 16, 2026                      Form ID: 186                              Total Noticed: 28

| | | | |
|---|---|---|---|
| 521057778 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2026 21:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521200148 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 21:08:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521033535 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 21:09:13 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 521007796 | + Email/Text: pcabkt@phillips-cohen.com | Jun 16 2026 21:02:00 | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 521038171 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2026 21:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 521058869 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2026 21:03:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521092073 | + Email/PDF: ebn_ais@aisinfo.com | Jun 16 2026 21:08:47 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521007797 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 21:08:55 | Synchrony Bank, Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 521007798 | Email/Text: BKRMailOps@weltman.com | Jun 16 2026 21:03:00 | Weltman Weinberg & Reis, PO Box 93784, Cleveland, OH 44101-5784 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521009989 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James V. Loewen | on behalf of Debtor Alan R August loewen@newjerseylawyer.org  esq..jamesv.l.b@notify.bestcase.com |
| James V. Loewen | |

District/off: 0312-3                              User: admin                                    Page 3 of 3
Date Rcvd: Jun 16, 2026                           Form ID: 186                                    Total Noticed: 28

on behalf of Joint Debtor Celine E August loewen@newjerseylawyer.org  esq..jamesv.l.b@notify.bestcase.com

Matthew K. Fissel

on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5