UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Legacy Mortgage Asset Trust 2021-GS1

| In Re: | |
| --- | --- |
| Allan R August dba Alan's Tree Service | |
| Celine E August | |
| Debtors | |

**Order Filed on July 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 26-11926 MBK

Hearing Date: 7/29/2026 @ 10am

Judge: Michael B. Kaplan

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: July 9, 2026**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:          Allan R August dba Alan's Tree Service & Celine E August
Case No.:         26-11926 MBK
Caption:          **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                  DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Legacy Mortgage Asset Trust 2021-GS1, holder of a mortgage on real property located at 531 Rt 22 West, Bridgewater, NJ, 08807, Matthew Fissel appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James V. Loewen, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 19) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to pay the arrearage claim in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that this Order shall be made a part of any Order confirming the Chapter 13 plan in this case; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 26-11926-MBK

Alan R August                                                                                        Chapter 13

Celine E August

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                             Page 1 of 2

Date Rcvd: Jul 09, 2026                    Form ID: pdf903                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alan R August, Celine E August, 531 U.S. Highway 22, Bridgewater, NJ 08807-2441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST cwoerner@raslg.com |
| J. Eric Kishbaugh | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 jkishbaugh@udren.com |
| James V. Loewen | on behalf of Joint Debtor Celine E August loewen@newjerseylawyer.org  esq..jamesv.l.b@notify.bestcase.com |
| James V. Loewen | on behalf of Debtor Alan R August loewen@newjerseylawyer.org  esq..jamesv.l.b@notify.bestcase.com |
| Matthew K. Fissel | |

District/off: 0312-3                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 09, 2026                      Form ID: pdf903                               Total Noticed: 1

on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7