**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

**IN RE:**
             **Alan R August,**
      **dba Alan's Tree Service**
           **Debtor,**
        **Celine E August,**
         **Joint Debtor.**

_____/

**CASE NO.: 26-11926-MBK**

**CHAPTER 13**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST
Name of Transferee

Legacy Mortgage Asset Trust 2021-GS1
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Court Claim # (if known): 19-1
Amount of Claim: $326,204.12
Date Claim Filed: 5/1/2026

Phone: 877-735-3637
Last Four Digits of Acct #: 5091

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4258

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 5091

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cory F. Woerner

Date: 07/23/2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____ July 27, 2026 ____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Alan R August
531 U.S. Highway 22
Bridgewater, NJ 08807

Celine E August
531 U.S. Highway 22
Bridgewater, NJ 08807

And via electronic mail to:

James V. Loewen
Wronko Loewen Benucci
69 Grove Street
Somerville, NJ 088761912

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/  Benjamin Kornick
Email: bkornick@raslg.com