Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−11926−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan R August
dba Alan's Tree Service
531 U.S. Highway 22
Bridgewater, NJ 08807

Celine E August
531 U.S. Highway 22
Bridgewater, NJ 08807

Social Security No.:
xxx−xx−4979                                    xxx−xx−8602

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 5, 2026.

Dated: August 5, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-11926-MBK |
| Alan R August | Chapter 13 |
| Celine E August | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 05, 2026 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan R August, Celine E August, 531 U.S. Highway 22, Bridgewater, NJ 08807-2441 |
| 521007786 | + | Bank of America, Francesca N Mendola, Esq., 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 521007789 | + | Citibank- Macys, Credit Control LLC, 3300 Rider Trail S. Suite 500, Earth City, MO 63045-1338 |
| 521007794 | + | LVNV Funding, LLC, Andreu, Palma, Lavin & Solis, P.C., 887 Donald Ross Road, Juno Beach, FL 33408-1611 |
| 521007795 | + | Milesotne, Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 521021986 | + | PayTomorrow, LLC, 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |
| 521007799 | + | William DeGuilo, PO Box 7000, Green Brook, NJ 08812-7000 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: RASEBN@raslg.com | Aug 05 2026 21:31:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 521007787 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2026 21:38:45 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521007788 | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 05 2026 21:39:55 | Capital One Auto finance, PO Box 259407, Plano, TX 75025-9407 |
| 521007790 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2026 21:40:16 | Credit One Bank, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521007791 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 05 2026 21:39:02 | First Premier Bank, 500 S. Minnesota Avenue, Sioux Falls, SD 57104-6818 |
| 521201625 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2026 21:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521032600 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 05 2026 21:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521007792 | ^ MEBN | Aug 05 2026 21:25:33 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521009988 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2026 21:39:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521007793 | ^ MEBN | Aug 05 2026 21:25:09 | Legacy Mortgage Asset Trust 2021-GS-1, c/o Select Portfolio Servicing, Inc., PO Box 65277, |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 05, 2026 | Form ID: plncf13 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84165-0277 |
| 521200763 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Aug 05 2026 21:32:00 | Legacy Mortgage Asset Trust 2021-GS1, C/O Select Portfolio Servicing, Inc., PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 521057778 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Aug 05 2026 21:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521200148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Aug 05 2026 21:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521033535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Aug 05 2026 21:38:59 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 521007796 | + | Email/Text: pcabkt@phillips-cohen.com | |
| | | Aug 05 2026 21:31:00 | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 521038171 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Aug 05 2026 21:32:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 521058869 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Aug 05 2026 21:32:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521092073 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Aug 05 2026 21:40:19 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521007797 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Aug 05 2026 21:40:11 | Synchrony Bank, Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 521306084 | + | Email/Text: bkteam@selenefinance.com | |
| | | Aug 05 2026 21:31:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 521007798 | | Email/Text: BKRMailOps@weltman.com | |
| | | Aug 05 2026 21:32:00 | Weltman Weinberg & Reis, PO Box 93784, Cleveland, OH 44101-5784 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521009989 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521306085 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026          Signature:          /s/Gustava Winters

District/off: 0312-3

Date Rcvd: Aug 05, 2026

User: admin

Form ID: plncf13

Page 3 of 3

Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST cwoerner@raslg.com |
| J. Eric Kishbaugh | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 jkishbaugh@udren.com |
| James V. Loewen | on behalf of Debtor Alan R August loewen@newjerseylawyer.org  esq..jamesv.l.b@notify.bestcase.com |
| James V. Loewen | on behalf of Joint Debtor Celine E August loewen@newjerseylawyer.org  esq..jamesv.l.b@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7